UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRISTAN D. ALLAN, | ) | CASE NO. ED CV 08-719-CJC(PJW) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DEPUTY DITFURTH, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the First Amended Complaint, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the original Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: June 1, 2011.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r Re Allan v. Ditfurth.wpd